MATTY ATTIAS, Respondent, *v.* NEW YORK WORLD'S FAIR 1939, INC., Defendant, and JOSEPH R. HOEFLE, Appellant.

Argued April 17, 1942; decided May 28, 1942.

*George J. Stacy* and *Joseph Kane* for appellant.

*Arnold H. Barnett* and *Jerome S. Blumenthal* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.